NO. 07-11-0510-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

APRIL 19, 2012

In the Matter of the Marriage of LACIE GAIL McGUIRE and
TERRANCE LYNN McGUIRE and In the Interest of
C.G.M. and F.M.M., Children

FROM THE 251st DISTRICT COURT OF RANDALL COUNTY;

NO. 62,924-C; HONORABLE ANA ESTEVEZ, PRESIDING

*Memorandum Opinion*

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Terrance L. McGuire filed a notice of appeal on December 29, 2011. We dismiss the appeal. The reporter's records were filed on January 3 and 9, 2012, and the clerk's record was filed on February 15, 2012. Appellant's brief was due on March 16, 2012. No brief was filed by that date, so the Court notified appellant on March 26, 2012, that the due date for the brief had lapsed, that the brief had not been filed, and that if it was not received by April 5, 2012, the appeal would be dismissed for want of prosecution. To date, no brief or motion to extend the deadline has been filed. Nor has the court received any explanation for the omission.

Accordingly, we dismiss the appeal for want of prosecution. TEX. R. APP. P. 38.8(a)(1); 42.3(b).

Per Curiam